NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM GRECIA,**
*Plaintiff-Appellant*

**v.**

**WALGREEN CO.,**
*Defendant-Appellee*

---

2019-1418

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:18-cv-01848, Judge Virginia M. Kendall.

---

## JUDGMENT

---

MATTHEW MICHAEL WAWRZYN, Wawrzyn & Jarvis LLC, Glenview, IL, argued for plaintiff-appellant.

JASON C. WHITE, Morgan, Lewis & Bockius LLP, Chicago, IL, argued for defendant-appellee. Also represented by MARIA DOUKAS; JASON EVAN GETTLEMAN, THOMAS Y. NOLAN, Palo Alto, CA; JULIE S. GOLDEMBERG, Philadelphia, PA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 18, 2019      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
Clerk of Court